**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BALTAZAR LUCAS-PEREZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1758-R** |
| | ) | |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| | ) | |
| **Respondents.** | | |

**<u>ORDER</u>**

Petitioner, a noncitizen, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin [Doc. No. 9] recommending that the Petition be dismissed without prejudice. Petitioner filed an Objection [Doc. No. 10], but the Objection contains no argument or authority that would cause this Court to reject Judge Erwin's analysis or conclusions. Upon de novo review, the Court agrees with Judge Erwin that Petitioner's claims are either unsupported or premature given the date his order of removal became final.

Accordingly, the Report and Recommendation [Doc. No. 9] is ADOPTED and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

IT IS SO ORDERED this 10th day of September, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE